## Edward F. Gantar and Frank Gantar, Appellants, v. Joseph F. Nastruz, Appellee.
## Angelo Nastruz, Appellee, v. Edward F. Gantar, Appellant.

Gen. No. 10,149.

opinion filed April 18, 1947; released for publication May 5, 1947. Snyder & Clarke and Lidschin & Pucin, for appellants; Gerald C. Snyder and Max Lidschin, of counsel; Hall, Meyer & Carey, for appellee; Wesley G. Carey, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.